UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY RONNELL PERKINS,<br><br>            Plaintiff,<br><br>    v.<br><br>CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, *et al.*,<br><br>            Defendants. | Case No. 1:23-cv-01607-EPG (PC)<br><br>FINDINGS AND RECOMMENDATIONS TO DISMISS CERTAIN CLAIMS<br><br>(ECF NO. 1)<br><br>OBJECTIONS, IF ANY, DUE WITHIN FOURTEEN DAYS<br><br>AND<br><br>ORDER DIRECTING CLERK TO ASSIGN DISTRICT JUDGE |

  Plaintiff Gary Ronnell Perkins is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on November 15, 2023. (ECF No. 1). Plaintiff claims that he was denied medical care for his bunion, including orthotics and referral to a podiatrist. (*See generally* ECF No. 1).

  The Court screened Plaintiff's complaint and issued Findings and Recommendations on June 21, 2024. (ECF No. 7). The Court found that only Plaintiff's claim for deliberate indifference to serious medical needs against Defendants Dr. Judith Holmes, Dr. Wei Gu, Dr. J. Mevi, Dr. J. Chau, K.D. Johnson, A. Magana, J. Sustaita, H. Longcor, Dr. H. Longia, S. Gates should proceed past screening. (*Id.* at 10).

  The Court gave Plaintiff 30 days to either:

1

     a. File a First Amended Complaint;

     b. Notify the Court in writing that he does not want to file an amended complaint and wants to proceed only on his claim for deliberate indifference to serious medical needs against Defendants Dr. Judith Holmes, Dr. Wei Gu, Dr. J. Mevi, Dr. J. Chau, K.D. Johnson, A. Magana, J. Sustaita, H. Longcor, Dr. H. Longia, S. Gates; [or]

     c. Notify the Court in writing that he wants to stand on his complaint.

(*Id.* at 11). On July 8, 2024, Plaintiff filed notice that he wants to move forward only on his claim for deliberate indifference to serious medical needs against Defendants Dr. Judith Holmes, Dr. Wei Gu, Dr. J. Mevi, Dr. J. Chau, K.D. Johnson, A. Magana, J. Sustaita, H. Longcor, Dr. H. Longia, S. Gates that the Court found should proceed past screening. (ECF No. 8).

Accordingly, for the reasons set forth in the Court's screening order that was entered on June 21, 2024 (ECF No. 7), and because Plaintiff has notified the Court that he wants to proceed only on the claim that the Court found should proceed past screening (ECF No. 8), it is **RECOMMENDED** that Plaintiff's claim against California Correctional Health Care Services (CCHCS) should be dismissed, and this case proceed on Plaintiff's claim for deliberate indifference to serious medical needs against Defendants Dr. Judith Holmes, Dr. Wei Gu, Dr. J. Mevi, Dr. J. Chau, K.D. Johnson, A. Magana, J. Sustaita, H. Longcor, Dr. H. Longia, S. Gates.

These findings and recommendations will be submitted to the United States district judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within fourteen (14) days after being served with these findings and recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838–39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

\\\

1  The Clerk of the Court is directed to randomly assign a district judge to this action.

IT IS SO ORDERED.

Dated: **July 30, 2024**          /s/ Eric P. Grosjean
                                 UNITED STATES MAGISTRATE JUDGE