**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY RONNELL PERKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, *et al*.,<br><br>    Defendants. | Case No.: 1: 23-cv-1607 JLT EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS, AND DIRECTING THE CLERK OF COURT TO UPDATE THE DOCKET<br><br>(Doc. 10) |

Gary Ronnell Perkins is a state prisoner, and asserts that he was denied medical care for his bunion, including orthotics and referral to a podiatrist. (*See generally* Doc. 1.) The assigned magistrate screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a) and found Plaintiff stated cognizable claims for deliberate indifference to his serious medical needs against Dr. Judith Holmes, Dr. Wei Gu, Dr. J. Mevi, Dr. J. Chau, K.D. Johnson, A. Magana, J. Sustaita, H. Longcor, Dr. H. Longia, and S. Gates. (Doc. 7 at 7-10.) However, the magistrate judge found the claim against California Correctional Health Care Services was not cognizable. (*Id.* at 9-10.) The magistrate judge informed Plaintiff that he may choose to amend the complaint or proceed with the cognizable claims. (*Id.* at 10-11.) Plaintiff responded that he wished "to move forward on the claims" identified by the Court. (Doc. 8.)

After receiving Plaintiff's response, the magistrate judge issued Findings and Recommendations, reiterating the determination that Plaintiff stated cognizable claims against all

1

defendants except CCHCS.  (Doc. 10.)  The magistrate judge recommended the claim against CCHCS be dismissed, and the action proceed on Plaintiff's claims against the other defendants.  (*Id.* at 2.)  The Court served the Findings and Recommendations on Plaintiff and notified him that any objections were due within 14 days.  (*Id.*)  The Court advised him that the "failure to file objections within the specified time may result in the waiver rights on appeal."  (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case.  Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on July 30, 2024 (Doc. 10) are **ADOPTED** in full.
2. Plaintiff's claim against California Correctional Health Care Services is **DISMISSED**.
3. This action **SHALL** proceed only as to Plaintiff's claim for deliberate indifference to serious medical needs against Defendants Dr. Judith Holmes, Dr. Wei Gu, Dr. J. Mevi, Dr. J. Chau, K.D. Johnson, A. Magana, J. Sustaita, H. Longcor, Dr. H. Longia, and S. Gates.
4. The Clerk of Court is directed to update the docket by terminating California Correctional Heath Care Services as a defendant.
5. This action is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **August 20, 2024**

UNITED STATES DISTRICT JUDGE