UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY RONNELL PERKINS,<br><br>  Plaintiff,<br><br>  v.<br><br>JUDITH HOLMES, *et al.*,<br><br>  Defendants. | Case No. 1:23-cv-01607-JLT-EPG (PC)<br><br>**ORDER AMENDING CAPTION** |

    For the reasons stated below, the Court directs the Clerk of Court to amend the caption of this case.

    Gary Ronnell Perkins is a state prisoner, and asserts that he was denied medical care for his bunion, including orthotics and referral to a podiatrist. (*See generally* ECF No. 1). The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A(a) and found Plaintiff stated cognizable claims for deliberate indifference to his serious medical needs against Dr. Judith Holmes, Dr. Wei Gu, Dr. J. Mevi, Dr. J. Chau, K.D. Johnson, A. Magana, J. Sustaita, H. Longcor, Dr. H. Longia, and S. Gates. (ECF No. 7 at 7–10). However, the Court found the claim against California Correctional Health Care Services (CCHCS) was not cognizable. (*Id.* at 9–10). The Court informed Plaintiff that he may choose to amend the complaint or proceed with the cognizable claims. (*Id.* at 10–11). Plaintiff responded that he wished "to move forward on the claims" identified by the Court. (ECF No. 8).

After receiving Plaintiff's response, the Court issued Findings and Recommendations, reiterating the determination that Plaintiff stated cognizable claims against all defendants except CCHCS. (ECF No. 10). The Court recommended the claim against CCHCS be dismissed, and the action proceed on Plaintiff's claims against the other defendants. (*Id.* at 2). Plaintiff did not file objections.

The district judge adopted these findings and recommendations in full in an order issued on August 20, 2024, holding that "Plaintiff's claim against California Correctional Health Care Services is DISMISSED." (ECF No. 11 at 2). The Clerk of Court terminated CCHCS as a Defendant on the Court's docket.

Accordingly, **IT IS ORDERED** that the caption of this case be changed to read as follows and all future filings shall refer to this case as *Perkins v. Holmes, et al.*:

| | |
|---|---|
| GARY RONNELL PERKINS,<br>          Plaintiff,<br>     v.<br>JUDITH HOLMES, *et al.*,<br>          Defendants. | Case No. 1:23-cv-01607-JLT-EPG (PC) |

IT IS SO ORDERED.

Dated:   **August 21, 2024**         /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE

2