**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY RONNELL PERKINS,<br><br>          Plaintiff,<br><br>    v.<br><br>JUDITH HOLMES, *et al.*,<br><br>          Defendants. | Case No. 1:23-cv-01607 JLT EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY MOVING DEFENDANTS' MOTION TO PARTIALLY DISMISS PLAINTIFF'S COMPLAINT<br><br>(Docs. 20, 23) |

Gary Ronnell Perkins is a state prisoner proceeding *pro se* in this civil rights action, in which he seeks to hold the defendants denied medical care for his bunion, including orthotics and referral to a podiatrist. (*See generally* Doc. 1; *see also* Doc. 11 at 2.) Defendants Holmes, Gu, Mevi, Gates, Johnson, Magana, Sustaita, Longcor, and Longia moved to partially dismiss the complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, arguing that Plaintiff fails to state a claim for deliberate indifference to serious medical needs in violation of the Eighth Amendment and the defendants were entitled to qualified immunity. (Doc. 20.)

The assigned magistrate judge found Plaintiff stated a cognizable claim and were not entitled to qualified immunity at this stage. (Doc. 23 at 7-22.) Therefore, the magistrate judge recommended the Court deny the motion to dismiss. (*Id.* at 22.) The Court served the Findings and Recommendations on the parties and notified them "that failure to file objections within [thirty days] may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772

F.3d 834, 838-39 (9th Cir. 2014).)  Neither Plaintiff nor Defendants filed objections, and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1), the Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on June 12, 2025 (Doc. 23) are **ADOPTED** in full.
2. Defendants' motion to dismiss (Doc. 20) is **DENIED**.
3. This matter is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **August 3, 2025**

UNITED STATES DISTRICT JUDGE